PETER STRAGER, Appellant, v. HASKELL BROTHERS CORPORATION and Another,

Respondents.— Motion granted and appeal taken by plaintiff dismissed. Present — Hubbs, P. J., Clark, Sears, Crouch and Taylor, JJ.

Edwina B. Snell, Appellant, v. Bertrand H. Snell, Respondent.— Appeal transferred to the Appellate Division of the Supreme Court, Third Department, there to be heard and determined, upon stipulation filed. Present — Hubbs, P. J., Clark, Sears, Crouch and Taylor, JJ.